David L. Carriere
Attorney at Law
322 S. Market St.
Opelousas LA 70570

**REHEARING ACTION: May 18, 2011**

**Docket Number: 10   01084-CA consolidated with 1,083-CA**

**LINDA ALLEN, FORMERLY WEINSTEIN**
**VERSUS**
**JOHN HAAS WEINSTEIN**

**Appealed from ST. LANDRY Parish Case No. 08-C-1744-B C/W 05-C-0472**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**
**Hon. J. David Painter**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Haas Weinstein** has this day been

> **DENIED.**
> Amy, J., would grant rehearing.
> Genovese, J., would grant rehearing.

Also, the Motion for En Banc Consideration filed by **John Haas Weinstein** has this day

been

> **DENIED.**

cc: Christine M. Mire, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**